IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                          CASE NO.: 4:06-CR-045-SPM

**MARIO SANCHEZ-FLORES,**

   **Defendant.**
_____/

## ORDER DISMISSING INDICTMENT

**THIS CAUSE** comes before the Court upon the "Motion to Dismiss" (doc. 23) filed October 3, 2006, in which the Government states that, based on this Court's recent suppression order (doc. 22), it will not be able to meet its burden of proof at trial.

Pursuant to Federal Rule of Criminal Procedure 48(a), it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Dismiss (doc. 23) is *granted*.

2. The indictment (doc. 11) is *dismissed*.

3. If Defendant is in state custody, the United States Marshal is directed to remove any federal detainer.

4. If Defendant is in federal custody, the United States Marshal is

directed to honor any state detainer currently placed on Defendant.

**DONE AND ORDERED** this <u>thirteenth</u> day of October, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge